1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                       CENTRAL DISTRICT OF CALIFORNIA

10                          WESTERN DIVISION

11
   JEFFREY D. MITCHELL,              )   Case No. CV 04-6123-SVW(AJW)
12                                    )
              Petitioner,            )
13                                    )
        v.                           )   JUDGMENT
14                                    )
   A.A. LAMARQUE, Warden,            )
15                                    )
              Respondent.            )
16 _____   )

17

18
        **It is hereby adjudged** that the petition for a writ of habeas corpus
19
   is denied.
20

21
   Dated: 11/03/10
22

23

24                                    _____
                                      Stephen V. Wilson
25                                    United States District Judge

26

27

28